**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JBRC OF PENNSYLVANIA, LLC AND JUST : No. 272 MAL 2023
BELIEVE RECOVERY CENTER OF :
CARBONDALE, LLC, :
                                      :
                                      : Petition for Allowance of Appeal
                Petitioners : from the Order of the Superior Court
                                      :
                                      :
        v. :
                                      :
                                      :
PATRICK J. KELLY FAMILY TRUST, :
SAPIENT PROVIDENCE LLC, AND :
BRETON EQUITY COMPANY CORP., :
                                      :
                Respondents :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.